## Commonwealth *v.* Flowers, Appellant.

Submitted September 8, 1969. *Joseph A. Palmer,* for appellant; *Leonard S. Goodman* and *James D. Crawford,* Assistant District

Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.